IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY ACTION NO.: |
| | ) | 24-40452-BEM |
| GLENNA JO WHITE, | ) | |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |

CERTIFICATE OF SERVICE

I certify that the Amended Chapter 13 Plan filed on May 6, 2024, was served on the following parties via electronic means as listed on the Court's ECF noticing system unless otherwise stated below:

All other creditors listed on the attached were also served as noted above.

DATE:   05/06/2024

___*s/ W. JEREMY SALTER*____
W. JEREMY SALTER
ATTORNEY FOR DEBTOR
GEORGIA BAR NO.: 303979

SALTER LAW GROUP, LLC
PO BOX 609
ROME, GA 30162
TEL:    706-295-1300
FAX:    706-295-0238
JEREMY@JSALTERLAW.COM