| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 24-40452-bem<br>Northern District of Georgia<br>Rome<br>Mon May  6 09:59:46 EDT 2024 | W Jeremy Salter<br>Salter Law Group, LLC<br>P. O. Box 609<br>Rome, GA 30162-0609 | 1st Franklin Financial Corporation<br>Attn: Administrative Services<br>PO Box 880<br>Toccoa Ga 30577-0880 |
| ADT Security Systems<br>1501 Yamota Rd<br>Boca Raton, FL 33431 | Advance America<br>909 New Hwy 68<br>Sweetwater, TN 37874-2726 | Advent Health<br>54 Brownsberger Cir<br>Fletcher, NC 28732-7697 |
| (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Buckeye Check Cashing of Tennessee<br>5707 Brainerd Rd<br>Chattanooga, TN 37411-4011 | Capia Partners<br>3400 Texoma Parkway Suite 100<br>Sherman, TX 75090-1916 |
| Consumer Portfolio Services, Inc.<br>19500 Jamboree Road Suite 600<br>Irvine, CA 92612-2467 | Consumer Portfolio Services, Inc.<br>PO Box 57071<br>Irvine, CA 92619-7071 | Crockett Rentals, LLC<br>384 Walnut Hill Rd<br>Bells, TN 38006-4128 |
| Genesis Credit<br>Bankcard Services   PO Box 4477<br>Beaverton, OR 97076-4401 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georgia Department of Revenue<br>Complaince Division ARCS--Bankruptcy 180<br>Atlanta, GA 30345-3202 |
| Hamilton Physicians Group<br>C/O Nationwide Recovery Service<br>PO Box 8005<br>Cleveland, TN 37320-8005 | Internal Revnue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Murray County Tax Commissioner<br>121 N 4th Ave # 101<br>Chatsworth, GA 30705-2899 |
| Murray Medical Center<br>PO Box 1406<br>Chatsworth, GA 30705-1406 | National Recovery Agency<br>P.O. Box 67015<br>Harrisburg, PA 17106-7015 | (p)NORTH AMERICAN CREDIT SERVICES<br>PO BOX 182221<br>CHATTANOOGA TN 37422-7221 |
| K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1229 | Security Finance (Dalton)<br>708 S Glenwood Ave # 314<br>Dalton, GA 30721-3387 | Spectrum<br>PO Box 742614<br>Cincinnati, OH 45274-2614 |
| Sunset Finance<br>1415 Highway 76 # 1<br>Chatsworth, GA 30705-7314 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Glenna Jo White<br>2753 River Rd<br>Chatsworth, GA 30705-6118 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>Assignee of Aspen Dental<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Georgia Department of Revenue<br>Complaince Division ARCS--Bankruptcy<br>1800 Century Blvd NE Ste 9100<br>Atlanta, GA 30345-3202 | North American Credit Services<br>2810 Walker Rd Ste 100<br>Chattanooga, TN 37421-1082 |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26